## MURRAY *v.* THE STATE.

HILL, J.  No error of law is complained of as having been committed on the trial of the case, and only the usual general grounds are relied on. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent on account of sickness.*

No. 2657.   OCTOBER 14, 1921.

Indictment for murder.  Before Judge Munro.   Harris superior court.   April 23, 1921.

*Hardy & Peavy,* for plaintiff in error.

*George M. Napier, attorney-general, C. F. McLaughlin, solicitor-general, Seward M. Smith, asst. atty.-gen.,* and *George C. Palmer,* contra.